Mendel Watz, appellee, v. Samuel Alport, appellant. Gen. No. 25,216.

Action to recover damages for breach of contract to purchase Russian rubles. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry Olson, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed October 6, 1920.

Morris K. Levinson, for appellant. N. Rothblum and Charles Hudson, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Arthur C. Buckett, defendant in error, v. Edward J. Carter, plaintiff in error. Gen. No. 25,257.

Action to recover for architectural services rendered upon oral contracts. Judgment for plaintiff. Error to the Municipal Court of Chicago; the Hon. Sheridan E. Fry, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Reversed with finding of fact. Opinion filed October 6, 1920.

Felsenthal, Wilson & Struckmann, for plaintiff in error; Arthur C. Bachrach and A. R. Miller, of counsel. Cruice & Langille, for defendant in error; A. S. Langille, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. John Russell, plaintiff in error. Gen. No. 25,279.

Conviction on charge of open and notorious adultery. Error to the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed October 6, 1920.

Leonora Z. Meder, for plaintiff in error; Maurice J. Slater, of counsel. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois ex rel. Michelangelo Pacella, appellant, v. Bennett College of Eclectic Medicine & Surgery and Francis W. Shepardson, director of registration and education of Illinois, appellees. Gen. No. 25,360.

Mandamus to compel a medical college corporation to issue a certificate of credits to a student. Demurrer to petition sustained. Appeal from the Superior Court of Cook county; the Hon. William Fenimore Cooper, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed. October 6, 1920. Certiorari denied by Supreme Court (making opinion final).

Michelangelo Pacella, pro se. Edgar A. Jonas, for appellees.

Mr. Justice Thomson delivered the opinion of the court.